UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. 6:14-CR-00203-01 |
| **VERSUS** | JUDGE DRELL |
| **GARY HUNT (01)** | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons expressed in the Amended Report and Recommendation of the magistrate judge issued previously herein (Doc. 623) and after independent (de novo) review of the record in this case, including the objections filed herein and finding that the Report and Recommendation is correct under applicable law and jurisprudence, it is hereby

ORDERED, ADJUDGED and DECREED that defendant's Motion for Compassionate Relief/Reduction in Sentence (Docs. 571, 610) is DENIED based on the court's finding that defendant fails to show entitlement to such relief under the First Step Act, 18 U.S.C. § 3582(c)(1)(A). Specifically, though defendant demonstrates that he has exhausted his administrative remedies, he fails to demonstrate that an application of the 3553(a) factors or the existence of other extraordinary and compelling reasons indicate that relief should be afforded in this case. The Report and Recommendation of the magistrate judge is, therefore, ADOPTED in full. It is further

ORDERED that defendant's recent Motion to Expedite (Doc. 626) is DENIED as MOOT.

THUS DONE AND SIGNED this 26th day of March, 2020 at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT